**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | 07-7229M |
| v. ) | |
| ) | |
| Maria Jenkins, ) | ORDER OF DETENTION |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant was released on her own recognizance.  Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release.  Defendant was arrested and appears before the Court with counsel.

    Counsel for defendant advises the Court that defendant wishes to waive her right to a hearing.  The Court addressed defendant and advised defendant of her right to remain silent, to continued representation by counsel, to provide evidence on her behalf, and the government's obligation to prove that defendant violated at least one condition of release.  Defendant advised she understood these rights and confirmed that she wanted to waive his right to a hearing.

    The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of release.  Further, that defendant is unlikely to abide any condition or combination of conditions of release.

/ / /

/ / /

1     IT IS THEREFORE ORDERED that the defendant's release is revoked and he
2 is detained pending further order of the Court.
3     DATED this 27th day of August, 2007.

          *Edward C. Voss* (signature)
          Edward C. Voss
          United States Magistrate Judge